[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
August 5, 2005
THOMAS  K. KAHN
CLERK

No. 05-10651
Non-Argument Calendar

D.C. Docket No. 04-00032-CR-J-20-MMH

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL SHANE MCNAUGHT,

Defendant-Appellant.

Appeal from the United States District Court for the
Middle District of Florida

**(August 5, 2005)**

Before  BLACK, HULL and WILSON, Circuit Judges

PER CURIAM:

Louis R. Hardin, appointed counsel for Michael Shane McNaught in this
direct criminal appeal, has moved to withdraw from further representation of the
appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and McNaught's conviction and sentence are **AFFIRMED**.